# MEMORANDUM DECISIONS.

THE ANDREW BURNHAM. (Circuit Court of Appeals, Second Circuit. October 13, 1896.) Appeal from the District Court of the United States for the Southern District of New York. Goodrich, Deady & Goodrich, for appellants, claimants of the Andrew Burnham. Cowen, Wing, Putnam & Burlingham, for appellees Frank P. Burger and others. Dismissed on consent, pursuant to the twentieth rule.

APPLEGATE v. KILGORE, Judge. (Circuit Court of Appeals, Eighth Circuit. May 3, 1898.) No. 693. In Error to the Court of Appeals of the United States in the Indian Territory. H. B. Lockett, for plaintiff in error. Dismissed for want of prosecution, pursuant to the twenty-second rule.

ARNOLD v. HATCH. (Circuit Court of Appeals, Seventh Circuit. October 24, 1898.) No. 540. In Error to the District Court of the United States for the Northern District of Illinois. K. M. Landis, for plaintiff in error. George A. Dupuy, for defendant in error.

PER CURIAM. This case was before this court at the last term under the title of Hatch v. Heim, 30 C. C. A. 171, 86 Fed. 436, and the judgment was then reversed, and a new trial directed. The case now comes before us upon a writ of error from the judgment entered upon a retrial of the action in favor of the present defendant in error. Error is assigned only upon the instructions of the court. The charge accords fully with the principles declared in our previous decision. The judgment is affirmed.

BATES v. GENERAL ELECTRIC RY. CO. (Circuit Court of Appeals, Seventh Circuit. July 26, 1898.) No. 506. Appeal from the Circuit Court of the United States for the Northern District of Illinois. S. P. McConnell, Horace K. Tenney, and I. K. Boyesen, for appellant. Thomas A. Moran and Chas. H. Aldrich, for appellee. Dismissed per stipulation of counsel.

BLACKBURN v. PORTLAND GOLD-MIN. CO. et al. (Circuit Court of Appeals, Eighth Circuit. May 18, 1898.) No. 1,046. In Error to the Circuit Court of the United States for the District of Colorado. Charles J. Hughes, Jr., for plaintiff in error. C. S. Thomas, W. H. Bryant, and H. H. Lee, for the defendants in error. Dismissed, with costs, for want of jurisdiction, on motion of the defendants in error.